**From:** SATKIN0953@aol.com
**To:** airportinvestors@juno.com
**Date:** Sat, 19 Mar 2005 17:07:01 EST
**Subject:** Re: Your correspondence!

*Exhibit Two*

Richard, As I stated in numerous emails it was already now placed with another Ministry. It was too late to change! Ocean Pines is gone! Steve!

**From:** SATKIN0953@aol.com
**To:** airportinvestors@juno.com
**Date:** Sun, 20 Mar 2005 13:34:28 EST
**Subject:** Re: Your correspondence!


Exhibit Two

Richard, You must be one busy man and forgot what you asked me because you asked me to switch Ocean Pines frequencies and although it was a hassle I did this for you. **You are getting an Ocean Pines!** You agreed to pay the legal fees for the change. We had filed a 345 and everything already. You signed the paperwork! Then you changed your mind again but I had already placed it with another ministry. It was too late. **You are getting an Ocean Pines**, the one you asked me to switch too. Geez, Richard, This has been typical all along with you Sir. You still have a Ocean Pines coming and a Gloucester. But the Ocean Pines your trying to transfer to Priority Radio is being placed with another Ministry. I have all the emails between us, it seems because you are so busy that you have a problem with the timelines of our conversations. You always respond to one question in our emails and not the others. Then you respond to the other questions after we have already moved past them. We need to put everything in writing tomorrow before we settle. I will get you the figures as I know them in a little while. My wife wants me to take her somewhere right now. God Bless! Steve!

**From:** SATKIN0953@aol.com
**To:** airportinvestors@juno.com
**Date:** Mon, 21 Mar 2005 14:02:34 EST
**Subject:** Re: Your correspondence!


Exhibit Two

Richard, It was a simple mistake and misunderstanding and the current Ocean Pines needs to be removed and give them an option on the other when you get it. I can have my attorney tell them that but you have to be the one to pull it. right?? Steve!

**From:** SATKIN0953@aol.com
**To:** airportinvestors@juno.com
**Date:** Mon, 21 Mar 2005 15:21:28 EST
**Subject:** Our Conversations!

*Exhibit Two*

Richard, My attorney said Cary knows exactly what the problem is and that it was just a mistake. The papers we filed said just that! Honest mistake! You have to correct it though! It is your deal! God Bless! Steve!

**From:** SATKIN0953@aol.com
**To:** airportinvestors@juno.com
**Cc:** pchuh@sciarrinolaw.com
**Date:** Mon, 21 Mar 2005 18:13:30 EST
**Subject:** Airport Investors Update!

Exhibit Two

Richard, One of my attorneys called and conveyed your message and I instructed them to go ahead and give Cary Tepper a courtesy call and orally explain the miscommunication and misunderstanding. Hope this suffices and look forward to bringing this to a close. Please email me and confirm when the wire transfers take place tomorrow. Thanks! God Bless! Steve!

1 of 1

From: SATKIN0953@aol.com
To: airportinvestors@juno.com
Date: Tue, 22 Mar 2005 10:31:48 EST
Subject: Re: Your correspondence!


Exhibit Two

Richard, Richard, How many times have I had to draw you back into the agreement when you tried to change it? Anyway, lets move past this. There is time to pull the petition but we must put this in writing first. So if you would like to work this out amicably, lets discuss this calmly and rationally. You said the balance for Lewes, Seaford and Salisbury was $18,000 (see below). That $18,000 and the $7,000 you agree to add additionally for Ocean Pines (see below) equals $25,000. If you sign a document saying that neither party will pursue this any further and wire the $25,000 we will pull the petition. Simple!

And are you prepared to sign a document that this is done with and wire the funds today or tomorrow?

Thanks! God Bless! Steve!

I told you that I am not paying for your mistakes. The balance (see your own email) was/is $18,000. In order to make this work, I will agree to add the additional $7,000 for Ocean Pines. That is it. You have caused me far more grief than money. It is either that or I am going to sue you pronto..And you will find Priority radio right behind. Why should I pay for legal fees for your "HONEST MISTAKE"? The payment is actually due in April. I am at a seminar all day today and can do nothing now. Get the Petition pulled at once. It must be answered by Tepper by Thursday and he is breathing down my back.