From: Tepperlaw@aol.com
To: airportinvestors@juno.com, Dawn@sciarrinolaw.com
Date: Wed, 23 Mar 2005 22:29:03 EST
Subject: Re: Ocean Pines

*Exhibit Three*

Dawn & Richard --

This is not as easy to resolve as Richard seems to think. First of all, Rev. Hare contracted to purchase certain stations, and his contract spells out certain purchase terms based upon a staggered payment deadline agreed upon by
both sides.

Clearly one of the translator stations cannot be purchased by Rev. Hare as it does not belong to Airport Investors. While Dawn, her client and Richard can
possibly rectify that situation, the FCC's data base indicates that the Ocean Pines facility does not belong to Airport Investors, and getting that cleaned up will take some time.

Even if the Petition is withdrawn and Ocean Pines is put into the name of Airport Investors, the FCC staff has indicated that the overall assignment application will be delayed considerably as it has already been "red flagged." All
of these delays runs counter to the payment schedule anticipated and agreed upon in the contract, as now there is no way all of these stations can be modified by year's end.

Whether Mr. Snyder wants to admit this or not, he clearly has a contractual obligation with us to proceed in concert with the terms of the agreement, and in good faith. By ignoring these matters and passing off the responsibility to Edgewater, he has breached his contractual duty to Priority Radio.

We have a deadline tomorrow, and I now have no time to prepare anything because Mr. Snyder has totally failed to communicate with us. At a minimum, the
Airport Investors - Priority Radio agreement must be amended, and the pending
assignment application amended, too. This requires time. This requires

documents to be reviewed by both Rev. Hare and Mr. Snyder. Unfortunately all of
this cannot be done tomorrow. Mr. Snyder's lack of cooperation this week, and
apparent arrogance, has harmed my client.

People who act in good faith make themselves available, and they don't pass off the responsibility onto others. Even if there was a good faith mistake made here by Edgewater, it does not excuse the fact that Mr. Snyder has failed to
communicate with Rev. Hare and me all week.

I have suggested to Rev. Hare that he pull out of this transaction completely, and pursue a cause of action of fraud against Airport Investors. What Rev.
Hare decides to do will be his decision, but right now Mr. Snyder is acting like someone who do not deserve to benefit from any transaction.

We had 15 days to resolve this, and now we are down to the last day with nothing proposed or agreed upon. And no dialgoue with Mr. Snyder. That is bad
faith, pure and simple.

MR. SNYDER NEEDS TO GET ON THE PHONE WITH STEVE ATKIN AND REV. HARE AND
RESOLVE THIS ONCE AND FOR ALL. NO EXCUSES. NO DELAYS. OTHERWISE I WILL DO WHAT
IS IN THE BEST INTERESTS OF MY CLIENT.

Good night.

Cary Tepper