**From:** "Dawn Sciarrino" <Dawn@sciarrinolaw.com>
**To:** "'richard e snyder'" <airportinvestors@juno.com>
**Cc:** "'Atkin, Steven'" <steve@worldradiolink.com>, <clarkp@worldradiolink.com>
**Date:** Thu, 24 Mar 2005 18:38:01 -0500
**Subject:** Ocean Pines

*Exhibit Four*

---

Richard:

I have sent the dismissal of the Petition to Deny to be filed because you have removed the facility that you did not have a right to sell by the amendment today. A copy has already been sent to you and Mr. Tepper.

*You* requested the change in frequency and my client accommodated your request. *You* executed a written agreement to change the frequency. How you think this somehow my clients' fault is beyond me. You had no right to the Ocean Pines frequency you attempted to sell to Priority Radio. The mistake was yours in attempting to sell something you had no interest in. Do you need a copy of the Amendment Agreement you signed? I can provide it.

I will take legal action against you for failure to make your payments under the existing contracts you executed.

If you now want to change back to the original Ocean Pines frequency, you will need to 1) bring your accounts current in accord with the letters dated March 11, 2005; b) execute a new assignment agreement for the change back to the frequency you gave up; 3) pay all legal fees associated with changing Ocean Pines facilities and attempting to sell the one that you said you did not want; and 4) stop making ridiculous idol threats and negotiate in good faith. As detailed in the attached letter, there are no offers or negotiations on that table at this time.

Dawn


Dawn M. Sciarrino
Sciarrino & Associates, PLLC
5425 Tree Line Dr.
Centreville, VA 20120
703.830.1679 (office)
703.991.7120 (fax)
202.256.9551 (cell)
dawn@sciarrinolaw.com
www.SciarrinoLaw.com

---

**From:** richard e snyder [mailto:airportinvestors@juno.com]
**Sent:** Thursday, March 24, 2005 3:39 PM
**To:** Dawn@sciarrinolaw.com
**Cc:** tepperlaw@aol.com
**Subject:** Re: Amended APA

I will honor my agreement(s) to pay when the "red flag" has been removed from my account...and when the new frequency (Ocean Pines) has been allocated to me.

On Thu, 24 Mar 2005 15:22:34 -0500 "Dawn Sciarrino" <Dawn@sciarrinolaw.com> writes: