**From:** SATKIN0953@aol.com
**To:** airportinvestors@juno.com
**Date:** Mon, 21 Mar 2005 21:09:55 EST
**Subject:** Re: Your correspondence!

*Exhibit One*

OK! Richard! I believe I can make arrangements to pull Ocean Pines from the other pending transaction. I will only do that if you can pay in full for all four properties tomorrow. The Ocean Pines that you submitted in the Priority Radio transaction has a balance of $7,000. I will have the Petition pulled once you wire the now total balance of $27,000 tomorrow. We will also both have to sign a document drawn up by my attorney stating that the document once signed in conjunction with the wire transfer will result in payment in full for the four properties and that no other recourse in regard to this transaction whatsoever can or will be taken by the parties. If your willing to do that let me know. God Bless! Steve!

Radio Assist Ministry Inc.
PO Box 5459
Twin Falls, Idaho 83303

Wire $10,000 to:
Bank Routing Number is         2509
Bank Account Number is ____ 2370

Edgewater Broadcasting Inc.
PO Box 5725
Twin Falls, Idaho 83303

Wire $17,000 to:
Bank Routing Number is: __   2509
Bank Account Number is:      2582

Bank for both is:
Farmers National Bank
1097 Blue Lakes Blvd. N.
Twin Falls, Idaho 83303
208-734-7264