OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 7, 2005

Mr. Richard Snyder
Airport Investors L.P.
23 Harbor Road
Rehoboth, DE  19971

Re:   Airport Investors L.P. v. Radio Assist Ministry, Inc., et al.
      Civil Action No. 05-189-KAJ

Dear Mr. Snyder:

The above referenced action was filed in this district on March 29, 2005.

Pursuant to 28 U.S.C. § 1654, a partnership may appear in federal court only if represented by a licensed attorney.

Please have counsel for Airport Investors L.P. enter an appearance within 30 days from the filing date of this action.

Sincerely,

Peter T. Dalleo
Clerk of Court

By: _____
     Deputy Clerk