*See other side*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **DELAWARE**

Airport Investors, L.P. v. Radio Assist Ministry, Inc. Edgewater Broadcasting, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-189

TO: (Name and address of Defendant)

Dawn Sciarrino, (Atty)
5425 Tree Line Dr.
Centreville, KA 21020

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard Snyder
P.O. Box 374
Davidsonville, MD
21035   (mail address)

RECEIVED APR 15 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

an answer to the complaint which is served on you with this summons, within **30** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | April 4, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Dawn L. Castor | Private Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 5425 Tree Line Drive Centreville, VA 20120

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 5, 2005         *Dawn L. Castor*
                Date                    Signature of Server

Virginia Court Services
P.O. Box 1
Roanoke, VA 24002-0001
               Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

05-189

US District Court
844 King St
Wilmington, DE
19801




U.S.M.S X-RAY

BALTIMORE MD 212
PM 03 APR 2005