IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIRPORT INVESTORS, L.P. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 05-CV-189 KAJ |
| | : | |
| RADIO ASSIST MINISTRY, INC. and | : | |
| EDGEWATER BROADCASTING, INC. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** on this _____ day of _____, 2005, this Court, having read and considered Defendants Motion to Dismiss and any opposition thereto, and finding the motion with merit, it is HEREBY GRANTED.

It is hereby ORDERED that Plaintiff's Complaint is DISMISSED, with prejudice.

_____
Kent A. Jordan, J.

DE040097.1