IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIRPORT INVESTORS, L.P. | : |
| Plaintiff, | : |
| v. | : C. A. No. 05-CV-189 KAJ |
| RADIO ASSIST MINISTRY, INC. and EDGEWATER BROADCASTING, INC., | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Norman H. Brooks, Jr., Esquire, hereby certify that on **June 3, 2005,** I electronically filed **Defendant's Motion to Dismiss, Defendant's Opening Brief, and Proposed Order** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following: **Mr. Richard Snyder,** *Pro Se.*

/s/ *Norman H. Brooks, Jr.*
Norman H. Brooks, Jr., Esquire / I.D. No. 2568
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendants*

DE041208.1