IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIRPORT INVESTORS, L.P. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 05-CV-189 KAJ |
| | : | |
| RADIO ASSIST MINISTRY, INC. and | : | |
| EDGEWATER BROADCASTING, INC. | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION TO DISMISS**

Defendants, Radio Assist Ministry, Inc. and Edgewater Broadcasting, Inc. by and through the undersigned Counsel, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(3), and 28 U.S.C. §1654, respectfully move the Court to dismiss the instant action on the grounds that the Court lacks subject matter jurisdiction over this matter, that the Court lacks *in personam* jurisdiction over both Defendants, that the District of Delaware is the improper venue for this matter and that the Plaintiff has failed to properly retain counsel as required by 28 U.S.C. §1654. In support of their motion, Defendants submit their Opening Brief in Support of Motion to Dismiss, which is being filed contemporaneously with this motion.

                                                                             */s/ Norman H. Brooks, Jr.*
                                                                             Norman H. Brooks, Jr., Esquire (No. 2568)
                                                                             Marks, O'Neill, O'Brien & Courtney, P.C.
                                                                             913 North Market Street, #800
                                                                             Wilmington, DE 19801
                                                                             (302) 658-6538
                                                                             *Attorney for Defendants*

DATED: June 6, 2005

DE039727.1