IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIRPORT INVESTORS, L.P. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 05-CV-189 KAJ |
| | : | |
| RADIO ASSIST MINISTRY, INC. and | : | |
| EDGEWATER BROADCASTING, INC., | : | |
| | : | |
| Defendants. | : | |

---

## CERTIFICATE OF SERVICE

---

I, Norman H. Brooks, Jr., Esquire, hereby certify that on **June 6, 2005,** I electronically filed **Defendant's Motion to Dismiss** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following: **Mr. Richard Snyder,** *Pro Se.*

 */s/ Norman H. Brooks, Jr.*
Norman H. Brooks, Jr., Esquire / I.D. No. 2568
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendants*

DE040095.1