# Marks, O'Neill, O'Brien & Courtney, P.C.

ATTORNEYS AT LAW
SUITE 800
913 N MARKET STREET
WILMINGTON, DE  19801

————

(302) 658-6538
FAX (302) 658-6537

**PHILADELPHIA OFFICE**
SUITE 1200
1880 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA  19103
(215) 564-6688
FAX (215) 564-2526

**NEW YORK OFFICE**
530 SAW MILL RIVER ROAD
ELMSFORD, NY  10523
(914) 345-3701
FAX (914) 345-3743

**MARYLAND OFFICE**
600 BALTIMORE AVE
SUITE 305
TOWSON, MD  21204
(410) 339-6880
FAX (410) 339-6881

**NEW JERSEY OFFICE**
SUITE 300, COOPER RIVER WEST
6981 NORTH PARK DRIVE
PENNSAUKEN, NJ 08109
(856) 663-4300
FAX (856) 663-4439

**PITTSBURGH OFFICE**
GULF TOWER, SUITE 3200
707 GRANT STREET
PITTSBURGH, PA  15219
(412) 391-6171
FAX (412) 391-8804

**BUCKS COUNTY OFFICE**
SUITE 302
10 SOUTH CLINTON STREET
DOYLESTOWN, PA 18901
(267) 880-3696
FAX (267) 880-0545

Norman H. Brooks, Jr.

October 26, 2005

Dr. Peter T. Dalleo
Clerk of Court
U.S. District Court
844 North King St.
Suite 4209, Lockbox 18
Wilmington, DE 19801

**Re:    Airport Investors, LP v. Radio Assist Ministry, Inc.  &**
**Edgewater Broadcasting, Inc.**
**C. A. No. 05-CV-189 KAJ**
**Our File No. 800-74674**

Dear Dr. Dalleo:

Mr. Richard Snyder filed the instant complaint *pro se* on behalf of the plaintiff limited partnership on March 29, 2005.  By letter of April 7, 2005 (D.I. 3), the Court notified Mr. Snyder that an individual partner may not appear *pro se* and represent a partnership before the Court.  The letter instructed Mr. Snyder to retain counsel within 30 days such that the litigation could proceed.

There being no response within 30 days, defendants moved to dismiss, not only on that basis, but also on the bases of subject matter jurisdiction, *in personam* jurisdiction and venue.  Defendants' motion to dismiss and supporting brief were filed on or about June 3, 2005.  As of this writing, Mr.

Dr. Dalleo

**Marks, O'Neill, O'Brien & Courtney, P.C.**

page two


Snyder has failed to secure counsel, and has failed to file Plaintiffs' answering brief in opposition to the motion or any other responsive pleading.  Whereas plaintiff's response is now in excess of 90 days past due, and whereas plaintiff has not moved to enlarge the time for the filing of a responsive pleading, I respectfully request that the motion to dismiss be deemed unopposed such that the proposed order is forwarded to District Judge Jordan and entered as an Order of the Court.  In the alternative, I respectfully request that the Court let me know whether defendants can do anything to move this toward a disposition.

Thank you for this consideration.

Respectfully submitted,

*/s/ Norman H. Brooks, Jr. (No. 2568)*

NORMAN H. BROOKS, JR.


NHB/clp

cc: Mr. Richard Snyder