IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIRPORT INVESTORS L.P., by Richard Snyder, <br><br> Plaintiff, <br><br> v. <br><br> RADIO ASSIST MINISTRY INC., and EDGEWATER BROADCASTING INC., <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 05-189-KAJ ) ) ) ) ) ) |

## ORDER

WHEREAS, plaintiff was directed by letter from the Clerk of Court on April 7, 2005 (D.I. 3) to have counsel enter an appearance within 30 days, but no attorney has entered an appearance; and

WHEREAS, defendants filed motions to dismiss (D.I. 5-6) on June 3, 2005 and June 6, 2005, and plaintiff has failed to respond to those motions;

IT IS HEREBY ORDERED that, on or before November 14, 2005, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware
November 2, 2005