IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIRPORT INVESTORS L.P., by Richard Snyder,<br><br>           Plaintiff,<br><br>    v.<br><br>RADIO ASSIST MINISTRY INC., and EDGEWATER BROADCASTING INC.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-189-KAJ<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington, this **14th** day of **December, 2005**, plaintiff having failed to respond to the Court's order to show cause dated November 2, 2005 (D.I. 8);

IT IS ORDERED that the above captioned action shall be dismissed for failure to prosecute, pursuant to D.Del. LR 41.1.

_____
UNITED STATES DISTRICT JUDGE