CLOSED, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00189-KAJ
#### Internal Use Only

| | |
|---|---|
| Airport Investors L.P. v. Radio Assist Ministry Inc. et al | Date Filed: 03/29/2005 |
| Assigned to: Honorable Kent A. Jordan | Jury Demand: Plaintiff |
| Demand: $750,000 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1331 Fed. Question: Breach of Contract | Jurisdiction: Diversity |

**Plaintiff**

**Airport Investors L.P.**    represented by **Airport Investors L.P.**
*by Richard Snyder*    23 Harbor Rd.
    Rehoboth, DE 19971
    PRO SE

V.

**Defendant**

**Radio Assist Ministry Inc.**    represented by **Norman H. Brooks, Jr.**
    Marks, O'Neill, O'Brien & Courtney, P.C.
    913 North Market Street
    Suite 800
    Wilmington, DE 19801
    (302) 658-6538
    Email: nbrooks@mooclaw.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Edgewater Broadcasting Inc.**    represented by **Norman H. Brooks, Jr.**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2005 | 1 | COMPLAINT filed with Jury Demand against Radio Assist Ministry Inc., Edgewater Broadcasting Inc. - Magistrate Consent Notice & Rule 4 to Pltf. ( Filing fee $ 250, receipt number 138652.) - filed by Airport Investors L.P.. (Attachments: # 1 (SEALED) Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Civil Cover Sheet # 6 Acknowledgement of Consent Form # 7 Acknowledgement of Rule 4)(mwm, ) Modified on 8/1/2006 (rbe, ). (Entered: 03/31/2005) |

| | | |
|---|---|---|
| 03/29/2005 | 2 | REDACTED VERSION of Exhibit 1 to Complaint, by Airport Investors L.P.. (mwm, ) Additional attachment(s) added on 3/31/2005 (mwm, ). (Entered: 03/31/2005) |
| 03/29/2005 | | No Summons Issued (dab, ) (Entered: 04/01/2005) |
| 04/06/2005 | | Case assigned to Judge Kent A. Jordan. Please include the initials of the Judge (KAJ) after the case number on all documents filed. (rjb, ) (Entered: 04/06/2005) |
| 04/07/2005 | 3 | Letter dated 4/7/05 to Richard Snyder from Clerk regarding representation by counsel required for partnership. (rwc, ) (Entered: 04/07/2005) |
| 04/15/2005 | 4 | Return of Service Executed 4/5/05 upon Dawn Sciarrino by Richard Snyder. (rwc, ) (Entered: 04/18/2005) |
| 06/03/2005 | 5 | MOTION to Dismiss for Lack of Jurisdiction Over the Person *Lacks subject matter jurisdiction, and Improper Venue* - filed by Radio Assist Ministry Inc., Edgewater Broadcasting Inc.. (Attachments: # 1 Defendant's Opening Brief in Support of Motion to Dismiss# 2 Proposed Order# 3 Certificate of Service)(Brooks, Norman) (Entered: 06/03/2005) |
| 06/06/2005 | 6 | MOTION to Dismiss for Improper Venue *, Lack of Subject Matter Jurisdiction, and Lack of Personal Jurisdiction* - filed by Radio Assist Ministry Inc., Edgewater Broadcasting Inc.. (Attachments: # 1 Proposed Order# 2 Defendant's Opening Brief in Support of Motion to Dismiss# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D# 7 Exhibit E# 8 Certificate of Service)(Brooks, Norman) (Entered: 06/06/2005) |
| 10/27/2005 | 7 | Letter to Clerk of Court from Norman H. Brooks, Jr. regarding Request to Deem Defendants' Motion to Dismiss 'Unopposed' - re 3 Letter, 5 MOTION to Dismiss for Lack of Jurisdiction Over the Person *Lacks subject matter jurisdiction, and Improper Venue*. (Brooks, Norman) (Entered: 10/27/2005) |
| 11/02/2005 | 8 | ORDER TO SHOW CAUSE - Show Cause Response due by 11/14/2005. Signed by Judge Kent A. Jordan on 11/2/05. (rwc, ) (Entered: 11/02/2005) |
| 12/14/2005 | 9 | ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE *** (copy to pltf.) *** (CASE CLOSED). Signed by Judge Kent A. Jordan on 12/14/05. (rwc, ) (Entered: 12/14/2005) |
| 02/10/2006 | | ***Set Paper Documents Flag (rbe, ) (Entered: 02/10/2006) |